IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ACE UNDERWRITING AGENCIES LIMITED,

    Plaintiff,

v.                                         CASE NO. 1:10-cv-00122-MP -GRJ

ALBERT S LEVINGS, LEVINGS GROUP INC,

    Defendants.

_____/

## O R D E R

    Previously, in Doc. 7, the Plaintiff filed an amended complaint against Mr. Levings individually, and against the corporation named Levings Group, Inc. In Doc. 12, Mr. Levings filed a document on which was handwritten "Answer to Complaint" and which had only his name "ALBERT S LEVINGS" in the caption as Defendant. The Court interprets this document as Mr. Levings answer, personally, to the amended complaint. The document was filed pro se, which is allowed for individuals.

    In Doc. 13, Mr. Levings filed a second document upon which "Answer to Complaint" was handwritten. The caption of this document contained the following as the name of the Defendant: "LEVINGS GROUP INC. C/O ALBERT S LEVINGS." The Court interprets this document as the answer to the amended complaint on behalf of the corporation. No attorney has given notice of representing the corporation, however. This is not allowed. Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir.1985) ("The rule is well established that a corporation is an

artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel."). Therefore, before the corporation can proceed, counsel must appear on its behalf. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The corporation shall have until Thursday, December 23, 2010, to obtain counsel and inform the Court that it has done so.

2. The Clerk is directed to refer the case back to the Court if such a notice of appearance is filed or on December 23, 2010, if no such notice is filed.

3. The case will remain stayed until further notice of the Court.

**DONE AND ORDERED** this  *23rd*  day of November, 2010.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge