IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ACE UNDERWRITING AGENCIES LIMITED,

    Plaintiff,

v.                                      CASE NO. 1:10-cv-00122-MP-GRJ

ALBERT S LEVINGS, LEVINGS GROUP INC,

    Defendants.

_____/

## **O R D E R**

This matter came before the Court on Doc. 35 for a telephone status conference during which the parties indicated that they were in the process of settling the case. As stated during the hearing, this case is stayed for 60 days to allow settlement efforts to proceed.

**DONE AND ORDERED** this *6th* day of September, 2011

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge